**Order entered October 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00932-CV

### SANDRA HALE, Appellant

### V.

### RISING S COMPANY LLC, GARY LYNCH AND CLYDE WAYNE SCOTT, Appellees

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 100179-CC**

## ORDER

Before the Court is appellant's September 30, 2019 motion to compel the Clerk of this Court and counsel for appellees to send her copies of all documents filed with this Court. When a document is filed in this Court, the Clerk of this Court must send confirmation of the filing to the *filing* party. *See* TEX. R. APP. P. 9.2 (c)(6). It is not the obligation of the Clerk of this Court to send a copy of documents filed in this Court to the opposing party. Accordingly, we **GRANT** the motion to the extent that we caution counsel for appellees that she must serve any document filed with this Court on appellant. *See id*. 9.5.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE